PEIERLS, BUHLER & Co., INC., Appellant, *v.* MARKS
GOLDSTEIN et al., Respondents.

*Contract — sale — action to recover for goods sold and delivered — defense
that plaintiff breached contract by refusing delivery of balance of goods
sold and that defendants offered to return goods that had been delivered.*

*Peierls, Buhler & Co.* v. *Newburger,* 202 App. Div. 471, affirmed.
(Argued April 23, 1923; decided May 8, 1923.)

APPEAL from a judgment, entered July 22, 1922,
upon an order of the Appellate Division of the Supreme
Court in the first judicial department, reversing a judg-
ment in favor of plaintiff entered upon a verdict and
directing a dismissal of the complaint. The action was
brought to recover for goods sold and delivered. The
answer was a general denial and set up, as affirmative
defenses, *first,* that in April of 1921 an agreement was
entered into, under which the plaintiff's assignor, the
Saxonia Dress Goods Mills, agreed to sell and deliver to
these defendants twenty pieces of merchandise at a
specified price per yard; that after they had delivered
only seven pieces, they, without any justification, refused
to deliver the balance, and did, on July 20, 1921, notify
these defendants that they did not intend to deliver,
and canceled the agreement, and that thereupon the
defendants offered to return the seven pieces, which are
the seven pieces the purchase price of which the plaintiff
is seeking to recover. *Second,* that the plaintiff's assignor
agreed to take back the seven pieces.

*David Weinstein* and *Douglass Newman* for appellant.
*Jacob H. Corn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, POUND, MCLAUGH-
LIN, CRANE and ANDREWS, JJ. Absent: CARDOZO, J.